1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
3 Assistant United States Attorney
Chief, Civil Division
4 TIMOTHY R. BOLIN, CSBN 259511
5 Special Assistant United States Attorney
      Social Security Administration
6       Office of the General Counsel
7       333 Market St., Ste. 1500
      San Francisco, CA 94105
8       Telephone: (415) 977-8982
9       Facsimile: (415) 744-0134
10       Email: timothy.bolin@ssa.gov
Attorneys for Defendant
11

12 UNITED STATES DISTRICT COURT

13 CENTRAL DISTRICT OF CALIFORNIA

14

15 EASTERN DIVISION - RIVERSIDE

16

| GAIL WENZEL, | ) Case No. 5:11-cv-00338-JEM |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER OF REMAND |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the

////

1  Commissioner of Social Security for further proceedings consistent with the terms
2  of the Stipulation to Remand.
3
4  DATED: August 29, 2011                    */s/John E. McDermott*_____
                                              HON. JOHN E. MCDERMOTT
5                                             United States Magistrate Judge